SEALED
FILED
AUG 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEISY KARINA MALDONADO and FRANCISCO JESUS MALDONADO,<br><br>Defendants. | CASE NO. 2:18-MJ-0156-EFB<br><br>[PROPOSED] ORDER TO WITHDRAW ARREST WARRANT RE: DEISY KARINA MALDONADO AND ISSUE SUMMONS |

## ORDER

The United States has moved to withdraw the arrest warrant issued for Deisy Karina Maldonado on August 17, 2018, and requested that the Court issue a summons for Ms. Maldonado, directing her to appear on August 23, 2018. The Court, having reviewed the motion, finds that it is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988). Accordingly, the Court orders that the arrest warrant issued for Ms. Maldonado on August 17, 2018 is withdrawn, and that a summons for Ms. Maldonado is hereby issued, directing her to appear in at 501 I Street, Courtroom 8 (13th floor), at 2:00 p.m. on August 23, 2018.

///

///

///

The Court further orders that the Clerk of the Court notify the United States Marshals Service promptly that the arrest warrant issued for Ms. Maldonado on August 17, 2018, has been withdrawn, and a summons has been issued. Finally, the Court orders that the United States' motion and this Order be sealed until further order of the Court.

SO ORDERED.

Date: 8-21-2018

Hon. Edmund F. Brennan
United States Magistrate Judge